## (April 6, 1976)

■ In the Matter of LEROY BARNES et al., Petitioners, v IVAN WARNER, as Justice of the Supreme Court, Respondent.—Proceeding, pursuant to article 78 of the Civil Practice Law and Rules, in the nature of mandamus, unanimously dismissed as moot, without costs and without disbursements. No opinion. Concur—Stevens, P. J., Markewich, Murphy, Silverman and Capozzoli, JJ.